

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00153-CV

Harold **GASKILL**, III, MD and Harold Gaskill, M.D. P.A.,
Appellants

v.

**VHS SAN ANTONIO PARTNERS, LLC** d/b/a Baptist Health System and d/b/a North Central
Baptist Hospital, Baptist System, North Central Baptist Hospital, Graham Reeve, David Siegel,
William Waechter, Jaydeep Shah,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14959
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court